JS6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. SALES, | Case No. 2:25-cv-06650-RGK-MBK |
| Plaintiff, | Hon. R. Gary Klausner |
| vs. | [PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR COURT [13] |
| NISSAN NORTH AMERICA, INC., a corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Court, having considered the Joint Stipulation to Remand this action to the Superior Court of the State of California for the County of Los Angeles filed by the Parties, and upon finding that good cause exists, hereby ORDERS as follows:

1. This action is **REMANDED** to the Superior Court of the State of California for the County of Los Angeles.

All pending deadlines and hearings are vacated. The Clerk shall close this action.

DATED: 9/18/2025

HONORABLE R. GARY KLAUSNER
United States District Court Judge

cc: LASC, 25NNCV04227

Case No. 2:25-cv-06650-RGK-MBK

ORDER

MORTENSON TAGGART ADAMS LLP